# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| DELAQUAN D. HENDERSON, *et al.*, | : | Case No. 3:22-cv-00228 |
| Plaintiffs, | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| CAPTAIN D. PARIN, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Task Moreland recently sent this Court a document titled "Motion to Stay Federal Habeas Corpus Proceedings Deadlines." It was docketed in this closed Section 1983 civil rights case (Doc. No. 17) but appears to concern Mr. Moreland's forthcoming habeas corpus petition under 28 U.S.C. § 2254. Mr. Moreland previously was a plaintiff in this Section 1983 case.

The Clerk of Court is **DIRECTED** to open a new habeas corpus case for Mr. Moreland and to file the Motion to Stay in it. The Court expresses no opinion as to whether the Motion has merit or whether Mr. Moreland will be permitted to proceed further with the habeas corpus case under the applicable statutes and rules. The judicial officers to whom the new case is assigned and referred will consider how to proceed with that case.

The Motion to Stay is **STRICKEN** from the docket of this case. The Clerk is **DIRECTED** to send Mr. Moreland a copy of the Motion bearing the case number for the

new habeas corpus case, along with a copy of this Order, at Noble Correctional Institution. (*See* Doc. No. 17 at PageID 93.) Mr. Moreland is **ADVISED** that he must include the correct case number on all further filings.

    **IT IS SO ORDERED**.

                                    *s/ Caroline H. Gentry*
                                    Caroline H. Gentry
                                    United States Magistrate Judge